**John T. McINTOSH and Margaret A. McIntosh v. Ransom D. BLOOD, No. 79-80**

April 7, 1981. Appeal dismissed for lack of final judgment on defendant's counterclaim and no permission for interlocutory appeal having been obtained. V.R.C.P. 54(b); V.R.A.P. 5(b).

**Joan B. ROBISON v. J. Winifred JARVIS and Winifred W. Jarvis, No. 356-80**

April 28, 1981. The judgment order below fails to declare the rights of the parties as contemplated by 12 V.S.A. §§ 4711–4725, but the appeal must be dismissed for lack of a final judgment, it not being dispositive of the rights of all the parties. V.R.C.P. 54(b). See *In re State Aid Highway No. 1, Peru, Vermont*, 133 Vt. 4, 10–11, 328 A.2d 667, 671 (1974).

**IN RE GRIEVANCE OF Cora J. CAMPBELL, No. 124-79**

June 8, 1981. Appeal dismissed as moot. *In re Constitutionality of House Bill 88*, 115 Vt. 524, 64 A.2d 169 (1949).